# EXHIBIT 2



Sign in





## Similar items

Including ads 

Discover more →



I2 Essential Oil Owl Keys
Herbs2Oils
$29.50
FREE shipping



Universal Bottle/Roller Bottle Opener
Herbs2Oils
$6.50

4/11/25, 11:26 AM
Case: 1:25-cv-03944 Document #: 1-2 Filed: 04/11/25 Page 3 of 30 PageID #:28
24 Essential Oil big cheese keys Etsy



LETIME Essential Oil Distiller, 3L Essential Oil Distiller Kit, Stainless Steel Distiller Making Hydrosol, Essential Oil, Water

Ad by LETIMESTILL

**$269.99**

FREE shipping



Aromatherapy Starter Kit for Essential Oils and Essential Oil Blends to Help Quit.
Ad by OilandBark

**$50.50**

FREE shipping



Essential Oil Key Tool High Quality Metal roller ball cap remover
Violetglassforever

**$5.65**

~~$7.25~~ (22% off)



Essential Oil Bottle Key, Roller Bottle Top Remover, Roller Bottle Opener, Rollerball Remover Tool, Orifice Remover
EWBodyMindSpirit
**$2.50**






⚐ Report this item to Etsy

## $60.00

24 Essential Oil "Big Cheese" Keys

Herbs2Oils

★★★★★



✓
Arrives soon! Get it by Apr 18-25 if you order today

✓
Returns & exchanges accepted
4 interest-free payments of $15.00 with **Klarna** Learn More

**Add to cart**

## Item details                                                                                            ⌃

### Highlights

• 

    Sourced by **Herbs2Oils**

24 KEYS in this package!

YOU WILL LOVE YOUR "BIG CHEESE" Style Essential Oil Bottle Key.

No more prying off lids with knives or fingernails! Opening, refilling, and closing your roller bottles, and sample

bottles has NEVER been easier.

These beauties are perfect for incentives, joining the team, or unexpected gifts for reaching a new rank, etc.
COLOR of KEYS WILL VARY.
Protected under US Patent No. 10,322,836.

Less

## Shipping and return policies ︿

- 📅
  Order today to get by <u>Apr 18-25</u>
- 🗒️
  <u>Returns & exchanges accepted</u> within 7 days
- 🚚
  Free shipping
- 📍
  Ships from: **Ogden, UT**

**Deliver to United States, 44256** ✏️

## Did you know? ︿



**Etsy Purchase Protection**
Shop confidently on Etsy knowing if something goes wrong with an order, we've got your back for all eligible purchases — <u>see program terms</u>
Etsy offsets carbon emissions from shipping and packaging on this purchase.

## Meet your sellers ︿



Diana Catlin
Owner of Herbs2Oils

♡ Follow shop

Message Diana

Related searches

...ential Oil
...le...



Herbs2Oils has 18 reviews

★★★★★

Sort by: Suggested ▾

★★★★★ This item

exactly what i needed. very generous seller! included extras! :) happy late birthday!


Crystal McCoy Sep 13, 2020

Item quality 5 ★

Shipping 5 ★

Customer service 5 ★

★★★★★

Thank you for the extra care put into my order! I'm so happy the keys work perfectly for my business needs. Thank you for the gift! Awesome Seller!

Purchased item:
Universal Bottle/Roller Bottle Opener




soulsis97 Feb 25, 2025
✓ Recommends this item

Item quality 5 ★

Shipping 5 ★

★★★★★

Thank you ! Order got here safe

Purchased item:
Universal Bottle/Roller Bottle Opener


Lilliana Mendoza Mar 25, 2024
✓ Recommends this item

Item quality 5 ★

Shipping 5 ★

← 1 2 3 4 5 →

Photos from reviews

 

## More from this shop

♡ Follow

See more



50 Essential Oil Triangle Keys
Herbs2Oils
**$125.00**

FREE shipping



Heart-shaped Essential Oil Key: Set of 3
Herbs2Oils
**$10.50**

FREE shipping



100 Oil Key DIAMOND KIT
Herbs2Oils
**$259.00**

FREE shipping





12 Essential Oil Owl Keys
Herbs2Oils
**$29.50**

FREE shipping



Universal Bottle/Roller Bottle Opener
Herbs2Oils
**$6.50**

Printable PAPER TRAIN - DIY Paper Craft Kit - 3D Model Paper Craft -
Herbs2Oils
**$2.89**

# You may also like

Including ads ⑦

See more



Essential Oil Roller Bottle Opener & Aromatherapy Multipurpose Quality Plastic Travel Key Tool

NadiasBliss

**$1.99**

4/11/25, 11:26 AM
Case: 1:25-cv-03944 Document #: 1-2 Filed: 04/11/25 Page 12 of 30 PageID #:37
24-Essential-Oil-big-cheese-keys



MyAromaPal Essential Oil Bottle Tool Opener (choose pack of 1 or 2) for Roller Ball / Roll On Tops / Seal / Removal / Insert / Key
MyAromaPals
**$2.00**



Essential Oil Metal Key Tool | Remover Tool for Essential Oil and Roller Bottle Tops | Essential Oil Roller Bottle Key Tool | Oil Supplies
TaylorsEssentials
**$4.00**



Single | Essential Oil Key, Metal Roller Ball Top Remover
BottleYourOwnBlend
**$1.99**



MyAromaPal (5, 10 or 50 pack) Essential Oil Bottle Tool Opener for Roller Ball / Roll On Tops / Seal / Removal / Insert / Key
MyAromaPals
$6.25

4/11/25, 11:26 AM
Case: 1:25-cv-03944 Document #: 1-2 Filed: 04/11/25 Page 15 of 30 PageID #:40
24-Essential Oil-big Cheese-keys - Etsy

# EO Dilution Chart

| | 0.5% | 1% | 2% | 3% | 4% | 5% | 10% |
|---|---|---|---|---|---|---|---|
| **10ml** | 1D | 2D | 4D | 6D | 8D | 10D | 20D |
| **30ml** | 3D | 6D | 12D | 18D | 24D | 30D | 60D |
| **60ml** | 6D | 12D | 24D | 36D | 48D | 60D | 120D |
| **100ml** | 10D | 20D | 40D | 60D | 80D | 100D | 200D |
| **120ml** | | 24D | 48D | 72D | 96D | 120D | 240D |

NO...........tart with the minimum amount of oils.
.................art with 0.5%
...............nd chronically ill people, it is recommended to start with 0.5%,
.................

Essential Oil Dilution Chart Printable, Aromatherapy, Instant Download, Member Gifts, Letter Size, A4, 4x6 PDF
CrazyOilMum

$3.50



Essential Oil Roller Bottle Key Opener, Tool for Roller Bottles, Essential Oil Accessories ~ Roller Bottle Top Remover ~ Aromatherapy
TheOilHavenBoutique

**$2.50**



Essential Oil 10mL rollerbottle keychain holder, roller bottle accessory, roller bottle keychain, eo accessory, essential oil keychain
BuzzingBeeEssentials
**$6.92**
$7.95 (13% off)

4/11/25, 11:26 AM
Case: 1:25-cv-03944 Document #: 1-2 Filed: 04/11/25 Page 18 of 30 PageID #:43
24 Essential Oil big cheese Keys - Etsy



Essential Oil Roller Bottle Holder Keychain, Essential Oil Travel Roller Bottle
AYRAcreations
$9.34



Fab 4 Roller Bottle Essential Oil Keychain Holder,Essential Oils Roller Bottle Key Chain,Essential Oil Travel Roller Bottle, Golden Friends

NotABoxCreations

**$12.00**

Eligible orders get 10% off

4/11/25, 11:26 AM
Case: 1:25-cv-03944 Document #: 1-2 Filed: 04/11/25 Page 20 of 30 PageID #:45
24-Essential Oil-big-cheese-keys



Purple Croc Crocodile Roller Bottle Essential Oil Keychain Holder,Essential Oils Roller Bottle Key Chain,Essential Oil Travel Roller Bottle
NotABoxCreations
$12.00

Eligible orders get 10% off



Essential Oil Insert, roller bottle insert, roller bottle storage, essential oil storage, essential oil purse insert, essential oil gift
HollyJaneOriginals
**$7.00**
$10.00 (30% off)



Blue lotus essential oil - Divine Scent! - 100% Pure & Natural - Therapeutic grade - The real deal - Undiluted - 5ml (0.17 Fl oz)
Ad by Etsy seller
**$29.99**
FREE shipping



Distiller for essential oils & hydrosol in copper with glass condensation coil.
Ad by Etsy seller
**$244.39**
$257.25 (5% off)

`FREE shipping`



Single | Essential Oil Key, Metal Roller Ball Top Remover
Ad by Etsy seller
**$1.99**



Elegant Queen Collection-10-Piece Luxury Perfume Oil Gift Set By Tarife Attar • Alcohol-Free • Vegan • Perfect Gift For Her
Ad by Etsy seller
**$80.85**
$147.00 (45% off)
FREE shipping



Essential Oil Holder - Roller Classic White Cloud
Ad by Etsy seller
**$39.00**
FREE shipping



Dark Walnut Aromatherapy Starter Kit for Essential Oils and Essential Oil Blends to Help Quit.
Ad by Etsy seller
$50.50
**FREE shipping**



Essential Oil Roller Collection | 10 Rollers | Spa Gift | Organic | Natural | Essential Oil | Handmade | Aromatherapy | Gift for her

Ad by Etsy seller

**$78.00**

$130.00 (40% off)



Essential Oil Organizer (Lavender)

Ad by Etsy seller

**$24.99**



Set of 7 Chakra Essential Oil Blends - Free Shipping

Ad by Etsy seller

**$67.99**

FREE shipping



5 ml Young Living Essential Oil Box Collection (Max Diameter = 23 mm | Max Height = 56 mm)

Ad by Etsy seller

**$14.99**



Essential Oil Roller Variety Pack | Aromatherapy Roll-On Blends Gift Set | Calming Anxiety | Migraine Headache | Muscle Pain | Nausea Relief

Ad by Etsy seller

**$28.90**

$34.00 (15% off)



Nudge Counter – A Mechanical Knitting Row and Stitch Counter, Tally Counter, Sobriety Anniversary Gift, Meditation and Habit Counter

Ad by Etsy seller

$99.00

Eligible orders get 10% off

**FREE shipping**

**Disclaimer:** Sellers are responsible for following applicable laws and regulations, including properly labeling and disclosing the ingredients of their cosmetics and personal care products, as applicable. Etsy assumes no responsibility for the accuracy or contents of seller's labeling or listing. Always read labels, warnings, directions and other information provided with the product...

Explore more related searches

Essential Oils Shelving    Essential Oil Storage Small    Roller Oil Display Stand

Roll on Perfume Stand    Still Essential Oil    Oils Holders    Distiller Essential Oil 1 L

Essential Oil Opener    Distiller Machine    Bamboo Oil Roller Bottle Holder    Distiller Oil Essential

Wood Essential Oil Bottle Holder    3l Alembic    Oil Roller Bottle Display

Listed on Jan 20, 2025

Homepage ❯ Bath & Beauty ❯ Essential Oils



Yes! Send me exclusive offers, unique gift ideas, and personalized tips for shopping and selling on Etsy.

Enter your email                      Subscribe

Etsy is powered by 100% renewable electricity.

**Shop**
Gift cards
Etsy Registry
Sitemap
Etsy blog
Etsy United Kingdom
Etsy Germany
Etsy Canada

**Sell**
Sell on Etsy
Teams
Forums
Affiliates & Creators

**About**
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

**Help**
Help Center
Privacy settings

Etsy      Download the Etsy App

🇺🇸 United States  |  English (US)  |  $ (USD)

© 2025 Etsy, Inc.  Terms of Use   Privacy   Interest-based ads   Local Shops   Regions